

FILED 3/11/2025 KG
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 22 CR 566 -1 |
| v. | Violation: Title 21, United States Code, Section 841(a)(1) |
| RICHARD DEAN DESAIN, JR. | **Superseding Information** |

COUNT ONE

The ACTING UNITED STATES ATTORNEY charges:

On or about November 1, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICHARD DEAN DESAIN, JR.,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT TWO

The ACTING UNITED STATES ATTORNEY further charges:

On or about November 2, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICHARD DEAN DESAIN, JR.,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE

The ACTING UNITED STATES ATTORNEY further charges:

On or about December 13, 2017, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICHARD DEAN DESAIN, JR.,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR

The ACTING UNITED STATES ATTORNEY further charges:

On or about January 12, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICHARD DEAN DESAIN, JR.,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE

The ACTING UNITED STATES ATTORNEY further charges:

On or about January 17, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICHARD DEAN DESAIN, JR.,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT SIX

The ACTING UNITED STATES ATTORNEY further charges:

On or about February 27, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

RICHARD DEAN DESAIN, JR.,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

ANDREW ERSKINE
Digitally signed by ANDREW ERSKINE
Date: 2025.03.11 11:21:04 -05'00'

_____
Signed by Andrew C. Erskine for the
ACTING UNITED STATES ATTORNEY