# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                                Plaintiff,

v.                                                                                        Case No.: 1:22−cr−00566

                                                                                           Honorable John F. Kness

Richard Dean Desain, Jr., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 12, 2025:

      MINUTE entry before the Honorable John F. Kness as to Richard Dean Desain, Jr.: In−person change of plea hearing held. Arraignment proceedings held on the Superseding Information. Defendant, who is in not in custody, was present at the hearing with appointed counsel. Defendant was informed of the charges and Defendant acknowledged receipt of a copy of the Superseding Information, waived a formal reading, and entered a plea of not guilty. Counsel for Defendant is given leave to file a supplement to Defendant's motion to defer acceptance of plea [147] on or before 3/28/2025. The Government's response shall be filed on or before 4/11/2025. Defendant's reply, if any, is due on or before 4/18/2025. A change of plea hearing is set for 5/14/2025 at 8:45 A.M Time is excluded without objection from 3/12/2025 to and including 5/14/2025 under 18 U.S.C. 3161(h)(7)(A) to serve the ends of justice. Excluding time will allow the parties the reasonable time necessary to continue plea discussions. Such delay outweighs the interests of the public and the Defendants in a speedy trial. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.