# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                      Case No.: 1:22–cr–00566
                                                        Honorable John F. Kness

Richard Dean Desain, Jr., et al.

                                        Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 24, 2025:

     MINUTE entry before the Honorable John F. Kness as to Richard Dean Desain, Jr.: Due to a change in the Court's schedule and by agreement of the parties, the change of plea hearing set for 5/14/2025 at 8:45 A.M. is reset for 5/14/2025 at 10:30 A.M. TIME CHANGE ONLY. Mailed notice. (exr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.